```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

IN RE:                              )
                                    )
MICHAEL AND IRMA HORLACHER          )   CASE NO.  04-31126-LMK
                                    )      CHAPTER 7
     Debtor.                        )
_____)
```

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 3 | Chase Manhattan Bank, USA<br>C/o Chase Bankcard Svc.<br>P. O. Box 52176<br>Phoenix, AZ 85072 | 725.51 |

Dated: 6/14/10                        /s/ John E. Venn, Jr.
                                      JOHN E. VENN, JR.,
                                      TRUSTEE
                                      FL Bar No. 184992
                                      220 W. Garden St.
                                      Suite 603
                                      Pensacola, FL 32502
                                      (850) 438-0005
                                      Johnevennjrpa@aol.com